858 A.2d 483

NADER FOR PRESIDENT 2004, et al.

v.

MARYLAND STATE BOARD OF ELECTIONS.

No. 76, Sept. Term, 2004.

Court of Appeals of Maryland.

Sept. 20, 2004.

Stephen Domenic Scavuzzo, Vienna, VA, for appellants.

Melissa Shane Whipkey, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., William F. Brockman, Asst. Atty. Gen.), for appellee.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 20th day of September, 2004,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the judgment of the Circuit Court for Anne Arundel County be, and it is hereby, reversed, and, it is further

ORDERED that the case is remanded to the Circuit Court for Anne Arundel County with directions to enter forthwith a judgment declaring Maryland Code Election Law Article Section 6–203(b)(2) invalid as applied in this case and that the State Board of Elections improperly rejected the 542 petition signatures at issue in this case and it is further

ORDERED that the Circuit Court remand the case to the State Board of Elections with directions to accept the 542

petition signatures at issue. Costs to be paid by the appellee. Mandate to issue forthwith.